AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                          District of                          Columbia

David M. Leggett

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

Case: 1:08-cv-00149
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 1/24/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Michael Mukasey
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~ Pro Se (name and address)

David M. Leggett
P. O. Box 572
Gainesboro, Tennessee 38562

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 2 4 2008
CLERK                                      DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE *01-31-08* |
| NAME OF SERVER (PRINT) *DALE REEVES* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *Registered mail #RR 424026136 US*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *01/31/08*        *[signature: Dale Reeves]*
            Date                    Signature of Server

*6400 Merriewood Dr*
*Orlando, FL 32818*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Reg. Fee $ | $9.50 | Special Delivery $ | |
|---|---|---|---|
| Handling Charge $ | $0.00 | Return Receipt $ | $0.00 |
| Postage $ | $4.60 | Restricted Delivery $ | $0.00 |

RR424026136US

Date Stamp: HIAWASSEE BR ORLANDO FL JAN 31 2008 01/31/08

Received by: [signature]

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: David M Leggett
P.O. Box 572
32818
Gainesboro, TN 38562

TO: Michael Mukasey
United States Attorney General
Civil Process Clerk
Washington DC 20530 Pennsylvania Avenue
Washington DC 20530

PS Form 3806, June 2000   Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)