AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Eastern___  District of  ___Columbia___

David M. Leggett

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE

Case: 1:08-cv-00149
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 1/24/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Jeffrey A. Taylor,
United States Attorney, District of Columbia
Civil Process Clerk
555 4th Street, NW
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF *Pro Se* ~~(name blacked out)~~ (name and address)

David M. Leggett
P. O. Box 572
Gainesboro, Tennessee 38562

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON       JAN 2 4 2008
CLERK                          DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 01-31-08 |
| NAME OF SERVER (PRINT) DALE REEVES | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Registered mail # RR 424 026 122 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/31/08
　　　　　　　　Date

Signature of Server

6400 Merriewood Dr
Orlando, FL 32818
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Registered No. | RR424026122US | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee $ | $9.50 | Special Delivery $ | | HIAWASSEE BR ORLANDO FL 0809 |
| Handling Charge $ | $0.00 | Return Receipt $ | $0.00 | JAN 31 2008 |
| Postage $ | $4.60 | Restricted Delivery $ | $0.00 | 01/31/08 |
| Received by | m̄ s̄ | | | USPS Domestic Insurance Is Limited $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | $0.00 | ☐ With Postal Insurance  ☐ Without Postal Insurance | | |

FROM: David M Leggett
P.O. Box 572
Gainesboro, Tn 38562 (32818)

TO: Jeffrey Taylor
United States Attorney Dist. of Col.
Civil Process Clerk
WASHINGTON DC 20001 Street NW
Washington, D.C. 2001

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)