UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. LEGGETT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 08-149 (CKK) |

**ORDER**
(April 6, 2008)

On April 2, 2008, Defendant filed a Motion to Dismiss in the above-captioned case. Plaintiff is representing himself, *pro se.* In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, this Court advises Plaintiff that he must respond to Defendant's Motion to Dismiss no later than May 9, 2008. If Plaintiff does not file a timely response, the Court shall treat Defendant's Motion as conceded and shall dismiss Plaintiff's Complaint. If Plaintiff files a timely response, Defendant's Reply is due on or before May 29, 2008.

**SO ORDERED**.

 /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge