UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID M. LEGGETT,

   Plaintiff,

  v.

UNITED STATES OF AMERICA,

   Defendant.

Civil Action No. 08-149 (CKK)

**ORDER**
(May 16, 2008)

On April 2, 2008, Defendant filed a [5] Motion to Dismiss Plaintiff's Complaint. On April 6, 2008, this Court issued an Order explaining that, pursuant to *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the failure to respond to a dispositive motion "may result in the district court granting the motion and dismissing the case." *Id.* at 509. The Court ordered Plaintiff to respond to Defendant's Motion to Dismiss no later than May 9, 2008. The Court further indicated that if no response was received by that date, the Court would treat Defendant's Motion as conceded and dismiss Plaintiff's Complaint.

Plaintiff did not file a response to Defendant's Motion to Dismiss by May 9, 2008, or at any time thereafter. Accordingly, it is, this 16th day of May, 2008, hereby

**ORDERED** that Defendant's [5] Motion to Dismiss is deemed conceded; and it is further

**ORDERED** that this case is dismissed without prejudice.

*This is a final, appealable order.*

                                                  */s/*
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge