UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. LEGGETT,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Civil Action No. 08-149 (CKK) |

**ORDER**
(July 9, 2008)

For the reasons set forth in an accompanying memorandum opinion, it is, this 9th day of July, 2008, hereby

**ORDERED** that Plaintiff's [9] Motion for Leave to Amend is DENIED; and it is further

**ORDERED** that this case shall remain DISMISSED WITHOUT PREJUDICE.

*This is a Final, Appealable Order.*

  */s/*
  COLLEEN KOLLAR-KOTELLY
  United States District Judge